IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RENWEI WANG and SHUYANG LI, ) | |
| ) | |
| Plaintiffs, ) | Civil No. 06-1616 ST |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| MICHAEL CHERTOFF, Secretary of the ) | |
| Department of Homeland Security, EDUARDO ) | |
| AGGUIRE, Director, U.S. Citizenship and ) | |
| Immigration Services; GREGORY CHRISTIAN, ) | |
| Nebraska Service Center Acting Director, U.S. ) | |
| Citizenship and Immigration Services, ROBERT ) | |
| MUELLER, Director of the Federal Bureau of ) | |
| Investigation, ) | |
| ) | |
| Defendants. ) | |

Based on the record, and the Stipulation for Compromise Settlement, IT IS ORDERED AND ADJUDGED this action is dismissed with prejudice and that each party bear its own fees and costs.

Dated this 3rd day of January, 2007.

/s/ Janice M. Stewart
Janice M. Stewart
United States Magistrate Judge

Page 1 - ORDER OF DISMISSAL